```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0126--CR (JWS)
                "USA V TERRELL L. DYSON ET AL"
                   DEF 1.1 DYSON, TERRELL L.

      Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  08/20/03
             Closed:  NO
 No. of Defendants:  4
     MJ Case Number:
                AKA:  DARNELL E. PRICE, "RELLO"
    Location status:  Released on Bond
         Trial date:
         Terminated:  YES
   Needs interpreter: NO
   Counsel of record: David R. Weber
                     Vasquez & Weber PC
                     943 W. 6th Avenue, Suite 132
                     Anchorage, AK 99501
                     907-279-9122
                     FAX 907-279-9123
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 DYSON, TERRELL L.

 Document          Count      Citation and Description                              Disposition
 ────────          ─────      ────────────────────────                              ───────────
    1 -    1 IND     1        21:846 DRUG CONSPIRACY (F)                            Terminated

    1 -    1 IND     2        21:841(a)(1),(b)(1)(A), 18:2  POSSESSION OF           Terminated
                              CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F)

    1 -    1 IND     3        21:841(a)(1),(b)(1)(A), 861(a)(1), 18:2  USE OF A     Terminated
                              MINOR TO POSSESS A CONTROLLED SUBSTANCE WITH
                              INTENT TO DISTRIBUTE  (F)

    7 -    1         1-S      21:846, 841(b)(1)(A)(B)(C)&(D) DRUG CONSPIRACY (F)    Terminated

    7 -    1         2-S      21:841(a)(1),(b)(1)(A), 18:2 POSSESSION OF A          Terminated
                              CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0126--CR (JWS)
                                  "USA V TERRELL L. DYSON ET AL"
                                    DEF 1.1 DYSON, TERRELL L.

                    Including terminated defendants, excluding terminated counsel


    7 -    1         3-S      21:841(a)(1),(b)(1)(A), 861(a)(1), 18:2 USE OF A      Terminated
                              MINOR TO POSSESS A CONTROLLED SUBSTANCE WITH
                              INTENT TO DISTRIBUTE (F)

   52 -    1         1-SS     21:846, 841(b)(1)(A)(B)&(D) DRUG CONSPIRACY (F)       Sentenced
                                                                                    (154-1)

   52 -    1         2-SS     21:841(a)(1),(b)(1)(A), 18:2 POSSESSION OF A          Dismissed
                              CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F)    (154-1)

   52 -    1         3-SS     21:841(a)(1),(b)(1)(A), 861(a)(1), 18:2 USE OF A      Dismissed
                              MINOR TO POSSESS A CONTROLLED SUBSTANCE WITH          (154-1)
                              INTENT TO DISTRIBUTE (F)
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0126--CR (JWS)
                                 "USA V TERRELL L. DYSON ET AL"
                                    DEF 2.1 BELTON, CHRIS A.

                      Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  08/20/03
             Closed:  NO
  No. of Defendants:  4
      MJ Case Number:
                AKA:  CHRISTOPHER D. BLACK, BIG BLOOD
    Location status:  U.S. Custody
         Trial date:
         Terminated:  NO
   Needs interpreter: NO
   Counsel of record: Randall S. Cavanaugh
                     Kalamarides & Associates
                     711 H Street, Suite 450
                     Anchorage, AK 99501
                     907-276-2135
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 2.1 BELTON, CHRIS A.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 7 - 1 | 1-S | 21:846, 841(b)(1)(A)(B)(C)&(D) DRUG CONSPIRACY (F) | Terminated |
| 7 - 1 | 2-S | 21:841(a)(1),(b)(1)(A), 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Terminated |
| 7 - 1 | 3-S | 21:841(a)(1),(b)(1)(A), 861(a)(1), 18:2 USE OF A MINOR TO POSSESS A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Terminated |
| 52 - 1 | 1-SS | 21:846, 841(b)(1)(A)(B)&(D) DRUG CONSPIRACY (F) | Pending |
| 52 - 1 | 2-SS | 21:841(a)(1),(b)(1)(A), 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0126--CR (JWS)
                          "USA V TERRELL L. DYSON ET AL"
                             DEF 2.1 BELTON, CHRIS A.

              Including terminated defendants, excluding terminated counsel


  52 -   1         3-SS    21:841(a)(1),(b)(1)(A), 861(a)(1), 18:2 USE OF A      Pending
                           MINOR TO POSSESS A CONTROLLED SUBSTANCE WITH
                           INTENT TO DISTRIBUTE (F)

  52 -   1         4-SS    21:841(a)(1),(b)(1)(B), 18:2 POSSESSION OF A          Pending
                           CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F)

  52 -   1         5-SS    18:924(c)(1)(A)(i) POSSESSION OF FIREARM IN           Pending
                           FURTHERANCE OF DRUG TRAFFICKING (F)

  52 -   1         6-SS    21:841(a)(1),(b)(1)(B), 18:2 POSSESSION OF A          Pending
                           CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F)
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0126--CR (JWS)
                            "USA V TERRELL L. DYSON ET AL"
                              DEF 3.1 DEARY, GLENN F.

                Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 08/20/03
             Closed: NO
 No. of Defendants: 4
    MJ Case Number:
                AKA: MOSCOW
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Frank V. Russo
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   FAX 907-271-3224
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 3.1 DEARY, GLENN F.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 52 - 1 | 1-SS | 21:846, 841(b)(1)(A)(B)&(D) DRUG CONSPIRACY (F) | Dismissed (170-1) |
| 52 - 1 | 4-SS | 21:841(a)(1),(b)(1)(B), 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (170-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0126--CR (JWS)
                             "USA V TERRELL L. DYSON ET AL"
                              DEF 4.1 CRABTREE, YVONNE M.

                   Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  08/20/03
             Closed:  NO
 No. of Defendants:  4
    MJ Case Number:
                AKA:
    Location status:  Released on Bond
         Trial date:
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Karen L. Jennings
                     POB 3626
                     Palmer, AK 99645
                     907-373-3722
                     FAX 907-373-3782
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 4.1 CRABTREE, YVONNE M.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 52 - 1 | 1-SS | 21:846, 841(b)(1)(A)(B)&(D) DRUG CONSPIRACY (F) | Dismissed (148-1) |
| 52 - 1 | 4-SS | 21:841(a)(1),(b)(1)(B), 18:2 POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Dismissed (148-1) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                  "USA V TERRELL L. DYSON ET AL"

                       For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 08/20/03
            Closed: NO
No. of Defendants: 4


Document #    Filed      Docket text

     1 -  1   08/20/03   [Re: DEF 1] PLF 1 Indictment.

     2 -  1   08/20/03   [Re: DEF 1] PLF 1 motion (ex parte) to seal case.

  NOTE -  1   08/21/03   [Re: DEF 1] Issued WOA.

     2 -  2   08/21/03   [Re: DEF 1] AHB Order granting motion to seal case (2-1). cc: USA

     3 -  1   08/21/03   [Re: DEF 1] AHB Grand Jury Minutes re Indt sealed; WOA to be issued; no
                         bail set.

     4 -  1   06/03/04   [Re: DEF 1] PLF 1 motion (ex parte) on shortened time to unseal Indt &
                         for a warrant of arrest to issue.

     5 -  1   06/04/04   [Re: DEF 1] JDR Order granting motion on shortened time to unseal Indt &
                         for a warrant of arrest to issue (4-1). cc: USA, USM, USPO

  NOTE -  2   06/23/04   [Re: DEF 1] USM Notice of Arrest; defendant arrested 6/22/04 in
                         Sacramento, CA

     6 -  1   06/24/04   [Re: DEF 1] Return of WOA executed at Sacramento, CA by DEA on 6/22/04.

     7 -  1   07/22/04   [Re: DEF 1-2] PLF 1 First Superseding Indictment.

     8 -  1   07/22/04   [Re: DEF 1-2] MDJ Grand Jury Minutes re on pretrial release, bond (out
                         of Sacramento) re D1; no bail set re D2; summons to be issued re D1; set
                         for arr & notify USM re D1-2; in Fed custody re D2.

  NOTE -  3   07/23/04   [Re: DEF 2] Issued WOA.

     9 -  1   07/23/04   [Re: DEF 2] PLF 1 motion (ex parte) for warrant of arrest on shortened
                         time.

    10 -  1   07/23/04   [Re: DEF 2] MDJ Order granting motion for warrant of arrest on shortened
                         time (9-1). cc: USA, USM, C. Belton w/USM cy

    11 -  1   07/23/04   [Re: DEF 2] JDR Minute Order re Arr set for 8/3/04 at 9:30 a.m. cc: USA,
                         USM, USPO, def w/USM cy

    12 -  1   07/23/04   [Re: DEF 2] JDR Minute Order re Arr set for 8/3/04 at 9:30 a.m. is RESET
                         for 10:30 a.m. cc: USA, USM, USPO def w/USM cy

  NOTE -  4   07/26/04   Notation: Proposed Trial Date Setting for Arr re: DEFs 1 & 2 to USDJ

    13 -  1   07/26/04   [Re: DEF 2] JWS Minute Order re Arr prev set for 8/3 is VACATED & RESET
                         for 7/27/04 at 9:30 a.m. cc: USA, USM, USPO

  NOTE -  5   07/27/04   [Re: DEF 2] USM Notice of Arrest; defendant arrested 7/27/04.
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                           "USA V TERRELL L. DYSON ET AL"

                                  For all filing dates


Document #    Filed      Docket text

    14 -  1   07/27/04   DEF 1 Unopposed motion on shortened time to cont arr from 8/9 to 8/23
                         w/att aff.

    15 -  1   07/27/04   [Re: DEF 1] JDR Order granting unopposed motion on shortened time to
                         cont arr from 8/9 to 8/23 at 9:30 a.m. (14-1). cc: USA, FPD, USM, USPO

    16 -  1   07/28/04   [Re: DEF 2] USM Return of WOA executed 7/27/04.

    17 -  1   07/28/04   [Re: DEF 2] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re on 1st
                         SIndt hld 7/27/03; B. Wonnell apptd; def pled not guilty; def detained;
                         PTM's due 8/16/04 cnsl advised of trial date 10/10/04. cc: USA, FPD CJA
                         Clerk, B. Wonnell, USM, USPO, Judge Sedwick

    18 -  1   07/28/04   [Re: DEF 2] JDR Order of Detention Pending Trial. cc: USA, T. Wonnell,
                         USM, USPO

    19 -  1   07/28/04   [Re: DEF 2] JDR Order regarding preparation for trial re cnsl to meet &
                         confer by 7/30/04, PTM's due 8/16/04. cc: USA, T. Wonnell

    20 -  1   07/29/04   [Re: DEF 2] AMENDED JDR Court Minutes [ECR: Debby Willoughby-Lyons] re
                         on 1st SIndt hld 7/27/03; B. Wonnell apptd; def pled not guilty; def
                         detained; PTM's due 8/16/04 cnsl advised of trial date 10/4/04. cc: USA,
                         FPD CJA Clerk, B. Wonnell, USM, USPO, Judge Sedwick

    21 -  1   07/29/04   [Re: DEF 2] JWS Minute Order setting TBJ on 10/4/04 at 9:00 a.m. & FPTC
                         on 10/4/04 at 8:30 a.m.. cc: USA, T. Wonnell, USM, USPO, MJ Roberts, JC

    22 -  1   07/29/04   [Re: DEF 2] JWS Minute Order that no reply memos are to be fld unless
                         directed by USDJ or USMJ. cc: USA, T. Wonnell, MJ Roberts

    23 -  1   08/02/04   DEF 1 Attorney Appearance of David R. Weber.

    24 -  1   08/02/04   [Re: DEF 2] PLF 1 Discovery conference certificate.

    25 -  1   08/05/04   [Re: DEF 2] CJA appointment of T. Wonnell.

    26 -  1   08/11/04   DEF 2 motion to suppress w/att exh.

    27 -  1   08/12/04   [Re: DEF 2] JDR Minute Order re evident hrg on def's mot to suppress
                         (26-1) set for 8/25/04 at 9:30 a.m. cc: USA, T. Wonnell, USM, USPO

    28 -  1   08/16/04   [Re: DEF 2] PLF 1 Unopposed motion on shortened time to cont govt's
                         response & evident hrg w/att decl.

    29 -  1   08/17/04   [Re: DEF 2] JDR Order granting unopposed motion on shortened time to
                         cont govt's response & evident hrg (28-1); govt's oppo to def's mot to
                         suppress due 8/24/04; evident hrg on mot to suppress RESET for 8/27/04
                         at 9:30 a.m. cc: USA, T. Wonnell, USM, USPO

    30 -  1   08/19/04   DEF 2 motion on shortened time to cont evident hrg (if necessary).

    31 -  1   08/20/04   [Re: DEF 2] JDR Order granting motion on shortened time to cont evident
                         hrg (if necessary) (30-1); Evident hrg RESET for 8/25/04 at 9:15 a.m.
                         cc: USA, T. Wonnell, USM, USPO

    32 -  1   08/24/04   [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] Arraignment on
                         First SI held 8/23/04.  Financial aff filed. Court appointed David R.

ACRS: R_RDSDX             As of 12/01/05 at 2:54 PM by GARRY                    Page 2
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                             "USA V TERRELL L. DYSON ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | Weber as CJA counsel. Def plead not guilty to counts 1, 2, & 3. Bond set at $100,000.00 as previously set in California; appearance bond previously filed in California. Alice Fay Warren to continue as third-party custodian. Order setting conditions of release filed. Pretrial mots due 9/13/04.   cc: AUSA, D. Weber, USM, USPO, MJ Roberts, Judge Sedwick, FPD (CJA Clerk) |
| 33 - 1 | 08/24/04 | DEF 1 Financial Affidavit. |
| 34 - 1 | 08/24/04 | [Re: DEF 1] Order setting conditions of release. cc: AUSA, D. Weber, USM, USPO |
| 35 - 1 | 08/24/04 | [Re: DEF 1] JWS Order regarding preparation for trial; parties shall meet and confer 8/19/04 at 1:30 p.m.  Discovery certification is due w/in 10 days after the conference.  Pretrial motion due by 9/13/04. cc: AUSA, D. Weber |
| 36 - 1 | 08/24/04 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to suppress (26-1) w/att exhs. |
| 37 - 1 | 08/24/04 | DEF 2 motion (ex parte) for authorization of services re: investigative services. |
| 38 - 1 | 08/25/04 | [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] of evid hrg on def's mot to suppress (26-1) (held 8/25/04); def's reply due 8/26/04; govt's response due 8/30/04; def's rebuttal due 9/1/04; crt directed def cnsl to order transcript of hrg.  cc: USA, B. Wonnell, ECRO |
| 39 - 1 | 08/25/04 | [Re: DEF 1] CJA appointment of D. Weber. |
| 40 - 1 | 08/25/04 | [Re: DEF 1] PLF 1 Certification of discovery. |
| 40A- 1 | 08/25/04 | DEF 2 Arugment pertaining to DEF 2 motion to suppress (26-1). |
| 41 - 1 | 08/26/04 | {SEALED} |
| 42 - 1 | 08/26/04 | [Re: DEF 1] JWS Minute Order that 10/4/04 TBJ date announced at arr was incorrect; TBJ is 10/18/04. cc: USA, D. Weber, USM, USPO, MJ Roberts, JC |
| 43 - 1 | 08/26/04 | [Re: DEF 1] JWS Minute Order setting TBJ on 10/18/04 @ 9:00 a.m. & FPTC for 10/18/04 at 8:30 a.m.. cc: USA, D. Weber, USM, USPO, MJ Roberts, JC |
| 44 - 1 | 08/26/04 | [Re: DEF 2] JWS Order of excludable delay re: trial w/co-def from 10/6/04 to 10/18/04 (13 days; code R). |
| 45 - 1 | 08/26/04 | [Re: DEF 2] JWS Minute Order resetting 10/4/04 FPTC & TBJ for 10/18/04 @ 8:30 a.m. and 9:00 a.m., respectively. cc: USA, B. Wonnell, USM, USPO, MJ Roberts, JC |
| 46 - 1 | 08/30/04 | [Re: DEF 2] PLF 1 Response re: DEF 2 motion to suppress (26-1). |
| 47 - 1 | 09/01/04 | DEF 2 Rebuttal re: DEF 2 motion to suppress (26-1) |
| 48 - 1 | 09/13/04 | DEF 2 motion to continue trial. |
| 49 - 1 | 09/15/04 | [Re: DEF 2] JWS Amended Order of excludable delay from 10/6/04 to 11/1/04 (27 days; under code R). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                          "USA V TERRELL L. DYSON ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 50 - 1 | 09/15/04 | [Re: DEF 2] JWS Minute Order denying motion to continue trial (48-1). cc: USA, T. Wonnell, D. Weber, MJ Roberts |
| 51 - 1 | 09/20/04 | Initial R&R re: DEF 2 motion to suppress (26-1); recommended be denied; Objections due NOON 09/29/04. Reply due NOON 10/06/04. cc: USA, T. Wonnell, Judge Sedwick |
| 52 - 1 | 09/22/04 | [Re: DEF 1-4] PLF 1 Second Superseding Indt. |
| 53 - 1 | 09/22/04 | [Re: DEF 1-4] PLF 1 motion to seal second Superseding Indictment and delay arraignment re: def1&2. |
| NOTE - 6 | 09/23/04 | [Re: DEF 3] Issued WOA. |
| NOTE - 7 | 09/23/04 | [Re: DEF 4] Issued WOA. |
| 54 - 1 | 09/23/04 | [Re: DEF 1-4] AHB Order granting motion to seal second Superseding Indictment and delay arraignment re: def1&2 (53-1). cc: USA |
| 55 - 1 | 09/23/04 | [Re: DEF 1] AHB Grand Jury Minutes; indt sealed; bail as set by MJ cont; hold issuance of process in abeyance pending arrest of def 3 and/or 4; if neither is arrested by 10/5/04 then notify USM and cnsl for arr. |
| 56 - 1 | 09/23/04 | [Re: DEF 2] AHB Grand Jury Minutes; indt sealed; no bail set (det per 18:3142); hold issuance of process in abeyance pending arrest of def 3 and/or 4; if niether is arrested by 10/5/04 then notify USM and cnsl for arr; in custody. |
| 57 - 1 | 09/23/04 | [Re: DEF 3-4] AHB Grand Jury Minutes; Indt sealed; WOAs to issue; do not add defs' names to computer until arrest; no bail set (det per 18:3142). |
| 58 - 1 | 09/28/04 | DEF 2 objection to R&R re: DEF 2 motion to suppress w/att exh. (26-1). |
| 59 - 1 | 09/30/04 | PLF 1 motion (ex parte) on shortened time to unseal Second Superseding Indictment. |
| 60 - 1 | 10/01/04 | [Re: DEF 4] JDR Order granting motion on shortened time to unseal Second Superseding Indictment (59-1); def Crabtree to appear for arr 10/25/04 at 9:30 a.m. cc: USA, USM, USPO, def w/USM cy |
| NOTE - 8 | 10/04/04 | [Re: DEF 4] USM Notice of Arrest; defendant arrested 9/30/04 & released on bond in Reno, Nevada. |
| NOTE - 9 | 10/04/04 | [Re: DEF 3] USM Notice of Arrest; defendant arrested 10/1/04 in Sacramento, CA. |
| NOTE - 10 | 10/04/04 | Notation: Proposed Trial Date Setting for Arr to USDJ re: DEF 4. |
| 61 - 1 | 10/04/04 | [Re: DEF 1] JDR Minute Order re Arr on 2nd SIndt set for 10/6/04 at 9:30 a.m. cc: USA, D. Weber, USM, USPO, Judge Sedwick |
| 62 - 1 | 10/04/04 | [Re: DEF 2] JDR Minute Order re Arr on 2nd SIndt set for 10/6/04 at 10:00 a.m. cc: USA, B. Wonnell, USM, USPO, Judge Sedwick |
| 63 - 1 | 10/05/04 | DEF 4 Attorney Appearance of S. Sterling. |

Case 3:03-cr-00126-JWS   Document 187   Filed 08/20/2003   Page 11 of 17

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
"USA V TERRELL L. DYSON ET AL"

For all filing dates

```
Document #   Filed      Docket text

  64  -  1   10/05/04   DEF 4 motion for out of custody transporation of Yvonne Crabtree from
                        Reno, Nevada to Anchorage, Alaska.

  65  -  1   10/06/04   [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on 2nd
                        SIndt hld 10/6/04; def pled not guilty; parties to confer by 10/13/04 &
                        any mot's re 2nd SIndt due 10/15/04. cc: USA, D. Weber, USM, USPO, Judge
                        Sedwick

  66  -  1   10/06/04   (VACATED PER DKT 79) [Re: DEF 4] JDR Order granting motion for out of
                        custody transporation of Yvonne Crabtree from Reno, Nevada (64-1); USM
                        to transport def from Reno, Nevada to Anchorage, AK for her I/A on
                        11/23/04. cc: USA, S. Sterling, USM, USPO

  67  -  1   10/06/04   [Re: DEF 2] JDR Court Minutes [ECR: Linda Christensen] on arr on SSI
                        (held 10/6/04).  Def adv of rts & penalties.  NG pleas entered as to Cts
                        1 through 6 of SSI.  Det cont'd as previously set.  10/13/04 set as atty
                        conf date; cnsl to file mot re pretrial mots due date if mot to cont
                        trial is filed and granted.  Off Record: Cnsl directed cnsl be reminded
                        to serve all parties w/copies of any mots that are not ex-parte or fld
                        under seal.  cc:  USA, B. Wonnell, USM, PO, Judge Sedwick

  68  -  1   10/06/04   [Re: DEF 3] Return of WOA executed on 10/01/04.

  69  -  1   10/06/04   [Re: DEF 4] Return of WOA executed on 9/30/04.

  70  -  1   10/07/04   [Re: DEF 2] Transcript re: Evidentiary Hrg on def's mot to suppress (dkt
                        # 26) held on 8/25/04.

  71  -  1   10/07/04   [Re: DEF 4] Rule 40 Documents Order holdiing def to answer and appear,
                        crt min, waiver rule 40 hrg,bond,order setting conditions of
                        release,order appt cnsl,fin aff,WOA(AK),Indt(AK) transferred from: USDC
                        of NV w/att docs.

  72  -  1   10/08/04   [Re: DEF 1-4] PLF 1 Unopposed motion to continue 10/18/04 trial.

  73  -  1   10/08/04   [Re: DEF 1-4] JWS Order setting sched conf on 10/12/04 @ 2:30 p.m.. cc:
                        USA, D. Weber, B. Wonnell, S. Sterling, USM, USPO

  74  -  1   10/13/04   [Re: DEF 1-2] JWS Minute Order granting unopposed motion to continue
                        10/18/04 trial (72-1); FPTC RESET to 8:30 12/6/04; TBJ RESET to 9:00
                        12/6/04. cc: USA, D. Weber, T. Wonnell, S. Sterling, USM, USPO, JC, MJ
                        Roberts

  75  -  1   10/13/04   [Re: DEF 1] JWS Order of excludable delay re 11/2/04 to 12/6/04 for 35
                        days (code R).

  76  -  1   10/13/04   [Re: DEF 1-2; 4] JWS Court Minutes [ECR: Robin Carter] of Sched Conf
                        (held 10/12/04); mot to cont trial taken under advisement; written
                        ruling to issue.  cc: USA, D. Weber, T. Wonnell, S. Sterling

  77  -  1   10/15/04   {SEALED}

  78  -  1   10/15/04   DEF 4 motion (amended) motion for out of custody transportation of
                        Yvonne Crabtree from Reno, Nevada to Anchorage, Ak.

  79  -  1   10/18/04   VACATED PER ORDER @ DKT 95: [Re: DEF 4] JWS Order granting motion
                        (amended) motion for out of custody transportation of Yvonne Crabtree
```

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                                 "USA V TERRELL L. DYSON ET AL"

                                       For all filing dates

Document #    Filed      Docket text
_____    _____      _____

                         from Reno, Nevada to Anchorage for I/A set 11/23/04 (78-1).  The
                         previous order at dkt 66 is vacated.  cc: AUSA, S. Sterling, USM, USPO,
                         FPD (CJA Clerk)

  80 -  1   10/26/04     Final R&R re: DEF 2 motion to suppress (26-1); MJ declines to modify
                         declines to modify recommendation; matter referred to USDJ. cc: USA, T.
                         Wonnell, Judge Sedwick

  81 -  1   10/26/04     {SEALED}

  82 -  1   10/27/04     DEF 4 motion to appoint counsel w/att aff.

  83 -  1   10/28/04     [Re: DEF 2] JWS Order denying motion to suppress (26-1). cc: USA, D.
                         Weber, S. Sterling, T. Wonnell, MJ Roberts

  84 -  1   10/29/04     [Re: DEF 4] JDR Minute Order holding in abeyance motion to appoint
                         counsel (82-1); mot to be addressed ar arr set for 11/23/04. cc: USA, S.
                         Sterling, FPD CJA Clerk

  85 -  1   10/29/04     [Re: DEF 2] JWS Order of excludable delay re: mot at dkt 26 from 8/11/04
                         to 10/28/04 (79 days under code E).

  86 -  1   11/02/04     DEF 4 motion for Scott Sterling to withdraw as friend of the court and
                         motion to shorten time for ruling.

  87 -  1   11/03/04     [Re: DEF 4] JDR Minute Order granting motion for Scott Sterling to
                         withdraw as friend of the court (86-1); def's qualification for crt
                         apptd cnsl will be addressed at her arr on 11/23/04. cc: S. Sterling,
                         FPD CJA CLerk

  88 -  1   11/03/04     DEF 2 Notice of Intent to change plea.

  89 -  1   11/08/04     {SEALED}

  90 -  1   11/17/04     {SEALED}

  91 -  1   11/18/04     {SEALED}

  92 -  1   11/18/04     DEF 4 motion on shortened time (amended) for transportation from Reno,
                         NV to Anch, AK for arr set for 11/23/04.

  93 -  1   11/18/04     DEF 4 motion on shortened time for transport from Anch, AK to Reno, NV
                         after Arr.

  94 -  1   11/19/04     [Re: DEF 2] JWS Minute Order setting PCOP hrg on 12/6/04 @ 8:00 a.m.;
                         12/6/04 FPTC & TBJ re: DEF 2 vacated. cc: USA, T. Wonnell, USM, USPO, MJ
                         Roberts, JC

  95 -  1   11/19/04     [Re: DEF 4] JDR Amended Order granting mot on shortened time (amended)
                         for transportation from Reno, NV to Anch, for 11/23/04 arr (92-1). cc:
                         USA, FPD, USM, USPO

  96 -  1   11/19/04     {SEALED}

  97 -  1   11/19/04     {SEALED}

  98 -  1   11/22/04     {SEALED}
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                        "USA V TERRELL L. DYSON ET AL"

                             For all filing dates


 Document #   Filed      Docket text

    99 -  1   11/23/04   [Re: DEF 4] JDR Order granting motion on shortened time for transport
                         from Anch, AK to Reno, NV after Arr (93-1).  cc:  USA, K. Jennings, USM,
                         USPO, FPD (CJA Clerk)

   100 -  1   11/23/04   [Re: DEF 4] JDR Court Minutes [ECR: Linda Christensen]re: arr on SSI and
                         hrg on mot to appoint cnsl (doc #82) (held 11/23/04); motion to appoint
                         counsel granted (82-1); Karen Jennings apptd as CJA cnsl; fin aff FILED;
                         plead NG to Cts 1 and 4; bond set at O/R; Personal Recognizance order
                         FILED; Order Setting Conds of Rls FILED; meet & confer date set for
                         11/29/04; PTMs due 12/13/04; mot for def trans GRANTED; transportation
                         order FILED.  cc:  USA, K. Jennings, USM, USPO, FPD (CJA Clerk), Judge
                         Sedwick

   101 -  1   11/23/04   DEF 4 Financial Affidavit.

   102 -  1   11/23/04   [Re: DEF 4] Order setting conditions of release.  cc:  USA, K. Jennings,
                         USM, USPO

   103 -  1   11/23/04   [Re: DEF 4] JDR Order regarding preparation for trial; meet & confer
                         date set for 11/29/04; PTMs due 12/14/04.  cc:  USA, K. Jennings

   104 -  1   11/23/04   [Re: DEF 4] JDR Order of Personal Recognizance.  cc:  USA, K. Jennings,
                         USM, USPO

   105 -  1   11/29/04   [Re: DEF 1] PLF 1 Unopposed motion on shortened time to continue trial
                         date

   106 -  1   11/29/04   [Re: DEF 4] JWS Minute Order setting TBJ on 1/19/05 @ 9:00 a.m. & FPTC
                         on 1/19/05 @ 8:30 a.m.. cc:  USA, K. Jennings, USM, USPO, JC, MJ Roberts

   107 -  1   11/29/04   [Re: DEF 1] JWS Order granting unoppo mot on shortened time to continue
                         trial date (105-1); 12/6/04 TBJ reset to 1/19/05 @ 9:00 a.m.; 12/6/04
                         FPTC reset to 1/19/05 @ 8:30 a.m.. cc:  USA, D. Weber, K. Jennings, USM,
                         USPO, JC, MJ Roberts

   108 -  1   11/30/04   [Re: DEF 1] JWS Order of excludable delay re: mot @ dkt 105 from 12/7/04
                         to 1/19/05 (44 days under code R).

   109 -  1   12/02/04   [Re: DEF 4] PLF 1 Discovery conference certificate.

   110 -  1   12/03/04   [Re: DEF 4] CJA appointment of K. Jennings.

   111 -  1   12/03/04   {SEALED}

   112 -  1   12/06/04   {SEALED}

   113 -  1   12/07/04   {SEALED}

   114 -  1   12/09/04   {SEALED}

   114 -  2   12/10/04   {SEALED}

   115 -  1   12/23/04   [Re: DEF 3] PLF 1 Ex parte notice of stat.

   116 -  1   12/27/04   {SEALED}


ACRS: R_RDSDX                 As of 12/01/05 at 2:54 PM by GARRY                    Page 7
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                                 "USA V TERRELL L. DYSON ET AL"

                                        For all filing dates


 Document #    Filed      Docket text

  116 -   2   12/28/04    {SEALED}

  117 -   1   01/05/05    {SEALED}

  118 -   1   01/05/05    {SEALED}

  119 -   1   01/06/05    {SEALED}

  120 -   1   01/06/05    {SEALED}

  121 -   1   01/06/05    DEF 4 Notice of Intent to change plea.

  122 -   1   01/06/05    DEF 4 motion for transportation from Las Vegas, Nevada to Anchorage,
                          Alaska for change of plea.

  123 -   1   01/06/05    DEF 4 motion for transportation from Anchorage, Alaska to Las Vegas,
                          Nevada after change of plea.

  124 -   1   01/06/05    [Re: DEF 4] JWS Minute Order setting PCOP hrg on 1/26/05 @ 10:30 a.m.;
                          vacating 1/19/05 FPTC & TBJ. cc: USA, K. Jennings, USM, USPO, MJ
                          Roberts, JC

  125 -   1   01/06/05    [Re: DEF 4] JWS Order granting mot for transp from Las Vegas, NV to
                          Anchorage, AK for PCOP for 1/26/05 @ 10:30 a.m. (122-1). cc: USA, K.
                          Jennings, USM, USPO

  126 -   1   01/20/05    [Re: DEF 4] PLF 1 Notice of filing plea agreement in A05-0014CR (JWS).

  127 -   1   01/20/05    [Re: DEF 4] PLF 1 Notice of filing related information.

  128 -   1   01/21/05    [Re: DEF 1] PLF 1 Notice of filing plea agreement.

  129 -   1   01/21/05    {SEALED}

  130 -   1   01/21/05    [Re: DEF 4] JWS Minute Order vacating 1/26/05 PCOP in light of Info in
                          A05-014 CR. cc: USA, K. Jennings, USM, USPO, MJ Roberts

  131 -   1   01/21/05    {SEALED}

  132 -   1   01/24/05    [Re: DEF 2] JWS Order granting Unopposed motion to continue imposition
                          of sentence of 2/2/05 (131-1); IOS set 5/18/05 at 8:30 a.m.  cc: USA, T.
                          Wonnell, USM, PO

  133 -   1   01/26/05    [Re: DEF 4] JWS Order granting motion for transportation from Anchorage,
                          Alaska to Las Vegas, Nevada after p (123-1).  cc: USA, K. Jennings, USM,
                          PO

  134 -   1   01/27/05    {SEALED}

  135 -   1   01/27/05    {SEALED}

  136 -   1   01/28/05    [Re: DEF 1] CERTIFIED CY OF A05-14 CR JWS Court Minutes [ECR: Linda
                          Christensen] re: Arr/EOP (held 1/26/05); def stated true name to be
                          Yvonne M. Belton; Waiver of Ind FILED; def plead GUILTY to Ct 1 of
                          felony Info; IOS set for 4/8/05 at 8:30 am; bond cont'd; Cts 1 & 4 of
                          SSI in case A03-0126 CR (JWS) to be dsmsd at IOS; mot for transportation
                          at govt expense in case A03-0126 CR (JWS) GRANTED; order to be signed.

 ACRS: R_RDSDX                    As of 12/01/05 at 2:54 PM by GARRY                       Page 8
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                         "USA V TERRELL L. DYSON ET AL"
```

|                                   |
| --------------------------------- |
| For all filing dates              |

| Document # | Filed | Docket text |
| --- | --- | --- |
| 137 - 1 | 01/31/05 | {SEALED} |
| 138 - 1 | 02/09/05 | [Re: DEF 3] JDR Minute Order re govt to file further stat rpt re D3 due 3/14/05. cc: USA |
| 139 - 1 | 03/08/05 | {SEALED} |
| 140 - 1 | 03/09/05 | DEF 4 motion for transportation from Reno, Nevada to Anchorage, Alaska for 4/8/05 sentencing. |
| 141 - 1 | 03/09/05 | DEF 4 motion for transportation from Anchorage, Alaska to Reno, Nevada after 4/8/05 sentencing. |
| 142 - 1 | 03/11/05 | {SEALED} |
| 143 - 1 | 03/15/05 | {SEALED} |
| 143 - 2 | 03/17/05 | {SEALED} |
| 144 - 1 | 03/17/05 | [Re: DEF 4] JWS Order granting mot for trans from Reno, Nevada to Anchorage, Alaska for 4/8/05 IOS (140-1). cc: USA, K. Jennings, USM, USPO |
| 145 - 1 | 03/18/05 | [Re: DEF 3] PLF 1 Ex Parte Notice of status. |
| 146 - 1 | 03/25/05 | [Re: DEF 1] JWS Minute Order the Ios set for 4/21/05 is VACATED and RESET for 4/26/05 at 8:00 a.m.  cc: AUSA, D. Weber, USM, USPO |
| 147 - 1 | 04/08/05 | [Re: DEF 4] JWS Order granting mot for trans from Anchorage, Alaska to Reno, Nevada after 4/8/05 IOS (141-1). cc: USA, K. Jennings, USM, USPO |
| 148 - 1 | 04/11/05 | [Re: DEF 4] JWS Judgment of Discharge dism cts 1SS,4SS of document (52-1). cc: USA, K. Jennings, USM, USPO, Def w/cnsls cy, MJ Roberts |
| 149 - 1 | 04/19/05 | {SEALED} |
| 150 - 1 | 04/19/05 | {SEALED} |
| 151 - 1 | 04/21/05 | {SEALED} |
| 152 - 1 | 04/25/05 | [Re: DEF 2] JWS Order granting unoppo mot to continue sentencing (151-1); 5/18/05 IOS reset to 7/13/05 @ 8:00 a.m.; no further continuance. cc: USA, T. Wonnell, USM, USPO |
| 153 - 1 | 04/27/05 | [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] re IOS (held 4/26/05); def sentenced as stated in judgment; def to surrender to USM today at 9:15 am; Cts 2 & 3 of 2nd SIndt dismissed; payment coupon given to def; bond exonerated upon surrender to USM.  cc:  USA, D. Weber, USM, USPO, Finance |
| 154 - 1 | 04/28/05 | [Re: DEF 1] JWS Judgment dism cts 2SS,3SS of 2nd SIndt (52-1); pleaded guilty to ct 1SS of 2nd SIndt (52-1); sentenced to 63 mos impr; def to surrender to USM @ 9:15 a.m. on 4/26/05; 48 mos SR; $100.00 SA. cc: USA, D. Weber, Def w/cnsls cy, USM, USPO, MJ Roberts, FLU, Finance |
| 155 - 1 | 05/23/05 | {SEALED} |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                             "USA V TERRELL L. DYSON ET AL"

                                   For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 156 - | 1 | 05/23/05 | {SEALED} |
| 155 - | 2 | 05/24/05 | {SEALED} |
| 157 - | 1 | 05/24/05 | [Re: DEF 2] JWS Order granting mot for w/drwl & appt of substitute cnsl (156-1). cc: USA, B. Wonnell, FPD (CJA Clk) |
| 158 - | 1 | 06/07/05 | {SEALED} |
| 159 - | 1 | 06/07/05 | {SEALED} |
| 160 - | 1 | 06/07/05 | [Re: DEF 2] CJA appointment of H. Graper. |
| 158 - | 2 | 06/08/05 | {SEALED} |
| 159 - | 2 | 06/08/05 | {SEALED} |
| 161 - | 1 | 06/10/05 | {SEALED} |
| 161 - | 2 | 06/15/05 | {SEALED} |
| 162 - | 1 | 06/16/05 | DEF 2 motion on shortened time to unseal change of plea hearing for purposes of transcription. |
| 163 - | 1 | 06/16/05 | [Re: DEF 2] JWS Order granting mot on shortened time to unseal change of plea hearing for purposes of transcription only (162-1). cc: USA, H. Graper, ECR |
| 164 - | 1 | 06/28/05 | {SEALED} |
| 165 - | 1 | 06/29/05 | {SEALED} |
| 166 - | 1 | 07/06/05 | [Re: DEF 1] PARTIAL Transcript of IOS (held 4/26/05). |
| 166A- | 1 | 07/15/05 | USM Return of svc on judgment re: DEF 1 executed on 6/15/05 to FCI Sheridan at Sheridan, OR. |
| 167 - | 1 | 07/18/05 | {SEALED} |
| 168 - | 1 | 07/27/05 | [Re: DEF 3] PLF 1 motion to dismiss indictment. |
| 169 - | 1 | 07/29/05 | [Re: DEF 3] JWS Order granting motion to dismiss indictment (168-1). cc: USA |
| 170 - | 1 | 07/29/05 | [Re: DEF 3] JWS Judgment of Discharge dism cts 1SS,4SS of 2nd SIndt (52-1). cc: USA, USM, USPO, MJ Roberts |
| 171 - | 1 | 08/11/05 | {SEALED} |
| 172 - | 1 | 08/12/05 | {SEALED} |
| 173 - | 1 | 08/17/05 | DEF 2 Attorney Appearance Randall Cavanaugh. |
| 174 - | 1 | 08/19/05 | [Re: DEF 2] CJA appointment of R. Cavanaugh. |
| 175 - | 1 | 08/23/05 | DEF 1 motion on shortened time to continue sentencing w/att aff. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A03-0126--CR (JWS)
                             "USA V TERRELL L. DYSON ET AL"

                                   For all filing dates


Document #    Filed      Docket text

  176 -   1   08/24/05   [Re: DEF 2] JWS Order granting mot on shortened time to continue
                         sentencing (175-1); IOS reset for 10/20/05 @ 8:30 a.m.. cc: USA, R.
                         Cavanaugh, USM, USPO

  177 -   1   09/14/05   DEF 2 Unopposed motion for transport of defendant to Anchorage from
                         Sea-Tac.

  178 -   1   09/15/05   [Re: DEF 2] JWS Order granting unoppo mot for transport of def to
                         Anchorage from Sea-Tac (177-1). cc: USA, R. Cavanaugh, USM, USPO

  179 -   1   10/13/05   DEF 2 Unopposed motion on shortened time to continue sentencing w/att
                         affs (one aff fld under seal).

  180 -   1   10/14/05   DEF 2 Sentencing Memorandum.

  181 -   1   10/14/05   [Re: DEF 2] PLF 1 motion on shortened time to unseal change of plea
                         hearing for transcribing purposes.

  182 -   1   10/14/05   [Re: DEF 2] JWS Minute Order granting unoppo mot on shortened time to
                         continue sentencing (179-1); IOS reset to 12/6/05 @ 8:00 a.m.; mot to
                         w/d guilty plea due 11/14/05; plf oppo due 11/23/05; reply due 11/29/05;
                         if mot to w/d timely fld crt to hear o/a on mot 12/6/05 @ 8:00 a.m.; if
                         mot denied crt to proceed to IOS; if mot granted parties to advise crt
                         when trial should start; further reqs to cont IOS or to file mot to w/d
                         will not be granted. cc: USA, R. Cavanaugh, USM, USPO

  183 -   1   10/14/05   [Re: DEF 2] JWS Order granting mot on shortened time to unseal change of
                         plea hearing for transcribing purposes (181-1). cc: USA, R. Cavanaugh,
                         ECR

  184 -   1   10/17/05   DEF 2 motion to withdraw plea.

  185 -   1   11/01/05   {SEALED}

  186 -   1   11/15/05   DEF 2 motion for closed hearing.

  187 -   1   11/29/05   [Re: DEF 2] PLF 1 Sentencing Memorandum.
```